ACCEPTED
03-14-00355-CV
12072730
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/9/2016 2:27:50 PM
JEFFREY D. KYLE
CLERK

# BAKER BOTTS L.L.P.

98 SAN JACINTO BLVD.
SUITE 1500
AUSTIN, TEXAS
78701-4078

TEL +1 512.322.2500
FAX +1 512.322.2501
BakerBotts.com

ABU DHABI
AUSTIN
BEIJING
BRUSSELS
DALLAS
DUBAI
HONG KONG

HOUSTON
LONDON
MOSCOW
NEW YORK
PALO ALTO
RIYADH
WASHINGTON

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/9/2016 2:27:50 PM
JEFFREY D. KYLE
Clerk

Carlos R. Romo
512.322.2579
FAX 512.322.3605
carlos.romo@bakerbotts.com

*VIA CM/ECF*

August 9, 2016

Jeffrey D. Kyle, Clerk
Third Court of Appeals
209 W. 14th Street
Austin, Texas 78701

> Re: *Joanne Stone v. Texas Workforce Commission and Louisiana Department of Revenue*; No. 03-14-00355-CV, in the Third Court of Appeals of Texas

Dear Mr. Kyle:

Pursuant to your correspondence dated August 4, 2016, counsel for Appellant Joanne Stone will appear for oral argument in the referenced case on September 14, 2016 at 9:00 a.m.

Please do not hesitate to contact me if you have any questions.

Sincerely,

Carlos R. Romo

CR/edr